**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: David Van Velzer v. Amegy Bank, et al.

Appellate case number: 01-19-00161-CV

Trial court case number: 2018-53341

Trial court: 234th District Court of Harris County

Appellant, David Van Velzer, has filed a motion for an extension of time to file the record in this appeal. *See* TEX. R. APP. P. 34.1. The clerk's record was filed in this Court on April 1, 2019, and the court reporter has notified the Clerk of this Court that there is not a reporter's record. Accordingly, appellant's motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
        ☑ Acting individually ☐ Acting for the Court

Date: __April 25, 2019____